UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY P. TURNER,<br><br>    Plaintiff,<br><br>    v.<br><br>J. BROWN, et al.,<br><br>    Defendants. | No.  2:21-cv-00737 JAM DB P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights complaint under 42 U.S.C. § 1983.  Plaintiff claims defendants retaliated against the plaintiff in violation of his rights under the First Amendment.  On May 13, 2022, defendants filed a motion to opt out of the post-screening ADR project.  (ECF No. 23.)  After reviewing the motion, the court will deny plaintiff's motion without prejudice to its renewal.

The court's March 28, 2022 order referring this action to the Post-Screening ADR Project permits defendants to opt out of an ADR settlement conference.  (ECF No. 20 at 2.)  In order to opt out, defendants' motion must show that defense counsel has investigated plaintiff's claims, spoken with plaintiff, and conferred with defense counsel's supervisor.  (Id.)  The motion also must explain why defense counsel believes in good faith that a settlement conference would be a waste of resources.  (Id.)

Defendants' request to opt out asserts that defendants believe "an early settlement conference would not be productive" and "a waste of resources" at this time.  (ECF No. 23 at 1.)

Defendants claim that this determination was reached after defense counsel "conducted a preliminary investigation, [spoke] with Williams, and [spoke] with his supervisor." (Id.) However, the motion does not explain why defense counsel believes a settlement conference would be a waste of resources. The motion also does not include any additional supporting documents or declarations. As such, defendants have failed to show good cause exists to grant the present motion to opt out of the Post-Screening ADR Project.

Given the above, defendants' motion to opt out of the ADR settlement conference will be denied without prejudice. Should they choose to do so, defendants may file a renewed motion to opt out that shows good cause exists to grant the motion.

Accordingly, IT IS HEREBY ORDERED that defendants' motion to opt out of early settlement conference (ECF No. 23) is denied without prejudice.

DATED: May 16, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/turn0737.deny.optout